# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-4231
Lower Tribunal No. 2020-DR-008149-O

_____

THOMAS EUGENE KERNEY,

Appellant,

v.

LAJEANNE SHANDRICE MIZELL,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Elizabeth Gibson, Judge.

April 7, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, WHITE and GANNAM, JJ., concur.


Adam H. Sudbury, of Apellie Legal, Orlando, for Appellant.

LaJeanne Shandrice Mizell, Lake City, pro se.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED